# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

Tyreek T. Cooper,

                Debtor.

Case No. 21-12506-mdc

Chapter 13

### Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, the proposed order, and the proposed modified plan was served on the following parties by first class mail or through the CM/ECF system:

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com

Santander Bank N.A.
krahl-heffner@grossmcginley.com

City of Philadelphia Law Department
pamela.thurmond@phila.gov

Pennsylvania Department of Revenue
PO Box 280946
Harrisburg PA 17128-0946

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

I further certify that on this date, a true and correct copy of the Notice of Debtor's Motion to Modify Chapter 13 Plan was served by first class mail on the following parties:

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Greensky,LLC/Home Depot Loan
1797 North East Expressway Ste. 100
Atlanta, GA 30329-3614

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

Police And Fire Fcu
1 Greenwood Square Office Park
3333 Street Rd.
Bensalem, PA 19020

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

PECO Energy Company
2301 Market Street, 04 NW
Philadelphia, PA 19101

Date: December 20, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com