**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                              :Chapter 13
**Tyreek T. Cooper**


(DEBTOR)                                           :Bankruptcy#21-12506MDC13


PRAECIPE


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

   Kindly withdraw document #112, Motion to Modify Plan filed in the above-referenced case on or about December 20, 2023.



DATED: January 15, 2024          /s/ Michael A. Cibik
                                 Michael A. Cibik, Esquire
                                 Cibik Law, P.C.
                                 1500 Walnut Street, Suite 900
                                 Philadelphia, PA 19102
                                 (215) 735-1060