United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tyreek T. Cooper  
    Debtor

Case No. 21-12506-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 23, 2024      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyreek T. Cooper, 1807 W. Master Street, Philadelphia, PA 19121-4907 |
| cr | + | c/o Kellie Rahl-Heff Santander Bank N.A., Gross McGinley, LLP, 33 S. Seventh Street, P.O. 4060, Allentown, PA 18105-4060 |
| 14635839 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14635841 | + | Philadelphia Traffic Court, 800 Spring Garden Street, Philadelphia, PA 19123-2690 |
| 14635842 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14635845 | + | Regions Bk/greensky Cr, 1797 Northeast Expy Ne, Brookhaven, GA 30329-7803 |
| 14648909 | | Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14642288 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2024 00:32:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14635824 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2024 00:32:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14635825 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2024 00:23:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14641591 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 24 2024 00:23:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14635833 | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14635832 | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14673752 | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14650883 | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14635826 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2024 00:31:51 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 21-12506-mdc   Doc 120   Filed 01/25/24   Entered 01/26/24 00:35:21   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| ID | Mark | Delivery | Timestamp | Recipient |
|---|---|---|---|---|
| 14639610 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2024 00:31:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14635828 | + | Email/Text: ecf@ccpclaw.com | Jan 24 2024 00:23:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14635830 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:32:04 | Citibank North America, Citibank Corp/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14635834 | + | Email/Text: bankruptcy@philapark.org | Jan 24 2024 00:23:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14635831 | + | Email/Text: bankruptcy@philapark.org | Jan 24 2024 00:23:00 | City of Philadelphia, Parking Violations Branch, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14635835 | + | Email/Text: mrdiscen@discover.com | Jan 24 2024 00:23:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14635836 | | Email/Text: bankruptcycourts@equifax.com | Jan 24 2024 00:23:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14635837 | ^ | MEBN | Jan 24 2024 00:20:39 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14643438 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 24 2024 00:23:00 | Greensky,LLC/Home Depot Loan, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14635838 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2024 00:23:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14635827 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2024 00:32:03 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 14649964 | ^ | MEBN | Jan 24 2024 00:20:53 | PA Turnpike Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 14652277 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 24 2024 00:23:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14635844 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2024 00:32:04 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14649817 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2024 00:31:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14649962 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 24 2024 00:23:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14637292 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14635840 | + | Email/Text: bankruptcy@philapark.org | Jan 24 2024 00:23:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14635843 | + | Email/Text: bankruptcy1@pffcu.org | Jan 24 2024 00:23:00 | Police And Fire Fcu, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2051 |
| 14635846 | + | Email/Text: DeftBkr@santander.us | Jan 24 2024 00:23:00 | Santander Bank Na, Attn: Bankruptcy, PO Box 12646, Readiing, PA 19612-2646 |
| 14635847 | | Email/Text: DASPUBREC@transunion.com | Jan 24 2024 00:23:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14647255 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 24 2024 00:23:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14635848 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 24 2024 00:23:00 | Verizon, PO Box 660748, Dallas, TX 75266-0748 |
| 14648010 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2024 00:31:58 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| 14635849 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | | |
|---|---|---|---|---|---|
| | | | Jan 24 2024 00:32:04 | Wf/fmg, Po Box 14517, Des Moines, IA 50306-3517 | |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Bank NA |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14635829 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14649963 | *+ | City of Philadelphia, Parking Violations Branch, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14648962 | * | Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024        Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor c/o Kellie Rahl-Heff Santander Bank N.A. krahl-heffner@grossmcginley.com jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Tyreek T. Cooper mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Debtor Tyreek T. Cooper mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
TYREEK T. COOPER

Chapter 13

Debtor  
Bankruptcy No. 21-12506-MDC

# ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE: January 22, 2024

_____  
Chief Honorable Magdeline D. Coleman  
Bankruptcy Judge