# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Tyreek T. Cooper,<br><br>　　　　Debtor. | Case No. 21-12506-mdc<br><br>Chapter 13 |

## Debtor's Motion to Reinstate Case

**AND NOW**, Debtor Tyreek T. Cooper, by and through his attorney, moves this Court to reinstate this case. In support of this motion, the Debtor states as follows:

1. This case was dismissed on January 22, 2024, for failure to make plan payments.
2. The Debtor can cure the arrearage prior to the hearing on this Motion.
3. Accordingly, the Debtor requests that the Court reinstate this case.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in his favor as may be necessary and proper under the law.

Date: February 8, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com