**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tyreek T. Cooper,<br><br>Debtor. | Case No. 21-12506-mdc<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Reinstate Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Court's order entered on January 23, 2024 (ECF No. 119) is **VACATED**.

3. The above-captioned bankruptcy case is **REINSTATED** effective upon the entry of this order.

Date: _____

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge